UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **DESIGN IDEAS LTD.,**<br><br>Plaintiff,<br><br>v.<br><br>**YBM HOME INC., et al.,**<br><br>Defendants. | Case No. 23-1165 |

## ORDER TO SHOW CAUSE

On April 25, 2023, Plaintiff filed a Complaint (#1) against Defendants. Pursuant to Federal Rule of Civil Procedure 4(m), a plaintiff has 90 days to serve a complaint upon all defendants. There is no showing that, to date, Plaintiff has served Defendant Amazon.Com Inc. in this matter. Therefore, the Court orders Plaintiff to show cause as to why Defendant Amazon.Com Inc. should not be terminated for failure to serve the summons pursuant to Rule 4(m). Plaintiff has 14 days from the entry of this order to comply.

IT IS SO ORDERED.

ENTERED this 12th day of September, 2023.

s/ ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE